UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 20-0627-TJH(GJS) |
| Date | APRIL 2, 2020 |

Title: JOSE ROBLES RODRIGUEZ, ET AL., v. CHAD T. WOLF, ET AL.,

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None Present                           None Present

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, Petitioner Rodriguez and Petitioner Dacoff, or their counsel, shall file, as soon as possible, a supplemental declaration setting forth the name and address of Petitioner's wife.

Petitioner Salgado, or his counsel, shall file, as soon as possible, a supplemental declaration setting forth the name and address of Petitioner's mother.

Petitioner Vite, or her counsel, shall file, as soon as possible, a supplemental declaration setting forth the name and address of Petitioner's uncle, Ernesto Vite.

After filing, a copy of the declaration shall be emailed to TJH_chambers@cacd.uscourts.gov.

IT IS SO ORDERED.

cc: all parties