# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| LUIS LOPEZ SALGADO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CHAD T. WOLF, *et al.*,<br><br>　　　　　Respondents. | EDCV 20-00627 TJH (GJSx)<br><br>**Temporary Restraining Order**<br>**and**<br>**Order to Show Cause** |

　　　The Court has considered the application for a temporary restraining order seeking immediate release, filed in connection with a petition for a writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241, challenging the conditions of confinement, by Petitioner Luis Lopez Salgado, together with the moving and opposing papers.

　　　Petitioner is, currently, detained at the Adelanto Detention Center ["Adelanto"], in San Bernardino County, which is within the Central District of California. Petitioner asserts that, in light of the COVID-19 pandemic, the conditions of his confinement are, now, unconstitutional. Petitioner has a history of various criminal convictions, but he has completed his criminal sentences and is, now, a civil detainee.

　　　The Court incorporates by reference into this order the factual and legal grounds supporting emergency injunctive relief, namely, immediate release, set forth in the

Court's orders issued in *Castillo v. Barr*, CV 20-00605-TJH (AFMx)(C.D. Cal. Mar. 27, 2020), ECF No. 32; and *Hernandez v. Wolf*, CV 20-60017-TJH (KSx)(C.D. Cal. Apr. 1, 2020), ECF No. 17.

Based on the incorporated factual and legal grounds, and the facts and arguments presented, here,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the application for a temporary restraining order be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall, by 5:00 p.m. on April 3, 2020, release Petitioner Luis Lopez Salgado from custody pending further order of this Court, and subject to the following conditions of release:

1. Petitioner shall reside, and shelter in place, at the residence of his mother, Maria Elena Salgado, at 2240 S. Wall Street, Apt.14, Los Angeles, California 90011. ["the Residence"];

2. Petitioner shall be transported from the Adelanto Detention Center directly to the Residence by his attorney, Jose Garcia;

3. Petitioner shall not leave the Residence, pending further order of the Court, except to obtain medical care;

4. Petitioner shall not violate any federal, state or local laws;

5. Petitioner shall not use or possess alcohol or illegal drugs; and

6. At the discretion of DHS and/or BICE, to enforce the above restrictions, Petitioner's whereabouts may be monitored by telephonic and/or electronic and/or GPS monitoring and/or a location verification system and/or an automated identification system. If necessary to comply with the permitted monitoring, Petitioner shall ensure the presence of a residential telephone line without devices and/or services which may interrupt operation of any monitoring equipment.

It is further Ordered that Respondents shall show cause, if they have any, as to why the Court should not issue a preliminary injunction in this case. Respondents' response, if any, to this order to show cause shall be filed by Noon on April 9, 2020. Petitioner's reply, if any, to Respondents' response shall be filed by Noon on April 14, 2020. The matter will then stand submitted.

Date: April 2, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge