# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| PAOLA RAYON VITE,<br><br>        Petitioner,<br><br>    v.<br><br>CHAD T. WOLF, *et al.*,<br><br>        Respondents. | EDCV 20-00627 TJH (GJSx)<br><br>**Temporary Restraining Order**<br><br>**and**<br><br>**Order to Show Cause** |

    The Court has considered the application for a temporary restraining order seeking immediate release, filed in connection with a petition for a writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241, challenging the conditions of confinement, by Petitioner Paola Rayon Vite, together with the moving and opposing papers.

    Petitioner is, currently, detained at the Adelanto Detention Center ["Adelanto"], in San Bernardino County, which is within the Central District of California. Petitioner asserts that, in light of the COVID-19 pandemic, the conditions of her confinement are, now, unconstitutional. Petitioner has a history of various criminal convictions, but she has completed her criminal sentences and is, now, a civil detainee.

    The Court incorporates by reference into this order the factual and legal grounds supporting emergency injunctive relief, namely, immediate release, set forth in the

Court's orders issued in *Castillo v. Barr*, CV 20-00605-TJH (AFMx)(C.D. Cal. Mar. 27, 2020), ECF No. 32; and *Hernandez v. Wolf*, CV 20-60017-TJH (KSx)(C.D. Cal. Apr. 1, 2020), ECF No. 17.

Based on the incorporated factual and legal grounds, and the facts and arguments presented, here,

**It is Ordered** that the application for a temporary restraining order be, and hereby is, **Granted**.

**It is further Ordered** that Respondents shall, by 5:00 p.m. on April 3, 2020, release Petitioner Paola Rayon Vite from custody pending further order of this Court.

**It is further Ordered** that Petitioner shall not violate any federal, state or local laws, or use or possess alcohol or illegal drugs after released from custody pursuant to this order.

**It is further Ordered** that Respondents shall show cause, if they have any, as to why the Court should not issue a preliminary injunction in this case. Respondents' response, if any, to this order to show cause shall be filed by Noon on April 9, 2020. Petitioner's reply, if any, to Respondents' response shall be filed by Noon on April 14, 2020. The matter will then stand submitted.

Date: April 2, 2020

_____
**Terry J. Hatter, Jr.**
**Senior United States District Judge**