# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| MARTIN VARGAS ARELLANO, | ED CV 20-00627 TJH (GJSx) |
| Petitioner, | |
| v. | *Order Staying Release* |
| CHAD T. WOLF, *et al.*, | |
| Respondents. | |

The Court has been advised by counsel for Petitioner Martin Vargas Arellano that there is no longer space available for Petitioner at the Echo Park Community Center. The Court had issued an order requiring Petitioner's release by 5:00 p.m. today and ordering Petitioner to reside at the Echo Park Community Center.

*It is Ordered* that the Temporary Restraining Order ordering Petitioner's release be, and hereby is *Stayed* pending further order of this Court.

*It is further Ordered* that Petitioner shall not be released until the Court approves his new post-release plan.

Date: April 3, 2020

Terry J. Hatter, Jr.
Senior United States District Judge