UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-0627-TJH(GJSx) | Date | APRIL 13, 2020 |

Title: Jose Robles Rodriguez et al v. Chad F. Wolf, et al

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Petitioners Charleston Edward Dacoff, Luis Lopez Salgado, Paola Rayon Vite and Martin Vargas Arrellano, all are hereby severed from this case and the Clerk's Office will assign a new civil case number for each individual and copy all of the documents from the original case to the new cases.

The Court further orders that Petitioner Jose Hernandez Velasquez is hereby dismissed from this case as he has a new case assigned to him already [ED CV 20-0652].

IT IS SO ORDERED.

cc: all parties