UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 20-0627-TJH(GJS) |
| Date | APRIL 14, 2020 |
| Title | Jose Robles Rodriguez et al v. Chad F. Wolf, et al |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the Court issued a temporary restraining order ["TRO"] in this case on April 2, 2020, and ordered Respondents to show cause why a preliminary injunction should not issue.

Pursuant to Fed. R. Civ. P. 65(b)(2), the TRO will expire on April 16, 2020, the fourteenth day after the date of issuance, unless, for good cause, the Court extends it. The parties have filed their respective briefs in response to the Court's Order to Show Cause: re: Preliminary Injunction.

The Court finds that good cause exists under Rule 65(b)(2) to extend the TRO for an additional 14 days. The good cause is that the extension will allow the Court time to consider the significant constitutional issues raised in the parties' briefs. The TRO will remain in effect until April 30, 2020.

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |