# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 20-0627-TJH(GJS) |
| Date | APRIL 14, 2020 |
| Title | Jose Robles Rodriguez et al v. Chad F. Wolf, et al |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the parties shall file by 5:00 p.m. on April 16, 2020, proposed Findings of Fact and Conclusions of Law for the submitted OSC re: preliminary injunction.

IT IS SO ORDERED.

cc: all parties